IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| KYLE DELANO SMITH, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:14CV58–HEH |
| | ) |
| DEPARTMENT OF CORRECTIONS<br>SUSSEX I STATE PRISON, | )<br>)<br>) |
| Defendant. | ) |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On February 21, 2014, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on April 9, 2014, the Court directed Plaintiff to pay an initial partial filing fee of $9.71 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                                                                        /s/

Date: April 30, 2014                  HENRY E. HUDSON  
Richmond, Virginia                 UNITED STATES DISTRICT JUDGE